# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00794-CV

**In re David Lee Raetzsch**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator David Lee Raetzsch, acting pro se, filed a petition for writ of mandamus directed to a warden with the Travis County Unit of the Texas Department of Criminal Justice, the Travis County District Clerk, and the Clerk of the Texas Court of Criminal Appeals.

Appellate courts may issue writs of mandamus only against a district judge or county judge sitting in our district or to enforce our jurisdiction. *See* Tex. Gov't Code Ann. § 22.221(a), (b) (West 2004). Because Raetzsch's petition does not show that it falls within any of these categories, we lack jurisdiction to grant the requested relief. *See id*. Accordingly, we dismiss Raetzsch's petition for writ of mandamus for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Puryear and Rose

Filed: December 12, 2012